IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR150 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER PARROTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to terminate supervised release, request for evidentiary hearing and brief (Filing No. 344) and motion to terminate supervised release and brief (Filing No. 345). The Court finds the motions should be denied. Accordingly,

IT IS ORDERED that the motions are denied.

DATED this 29th day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court