IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR150 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER PARROTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion (Filing No. 360) to continue hearing on the petition for offender under supervision (Filing No. 346). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The final dispositional hearing on the petition for offender under supervision is rescheduled for:

**Friday, August 27, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 1st day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court